# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 11-076-02** |
| | : | |
| v. | : | |
| | : | |
| **COREY PASLEY** | : | |

## ORDER

AND NOW, this 22nd day of October, 2013, after consideration of defendant Corey Pasley's motion for acquittal or, in the alternative, a new trial (paper no. 152), and the government's response (paper no. 156), and for the reasons stated in the attached memorandum of today's date, it is **ORDERED** that "Defendant's Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29(c) and for New Trial Pursuant to Federal Rule of Criminal Procedure 33" (paper no. 152) is **DENIED** as to Counts I, II, and III.

/s/ Norma L. Shapiro
_____
J.